Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Mrs. Fanny Braeuniger, also known as Fanny Braenninger, appellant. Gen. No. 28,589.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. M. Palumbo, appellant. Gen. No. 28,590.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. M. Palumbo, appellant. Gen. No. 28,591.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Vicho Murro, appellant. Gen. No. 28,592.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Vito Saracco, appellant. Gen. No. 28,593.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Nick Decaova, appellant. Gen. No. 28,594.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.

Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Nick Decaova, appellant. Gen. No. 28,595.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Nick Decaova, appellant. Gen. No. 28,596.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Frank Caponigri, also known as F. Caponigri, and J. De Leonardis, appellants. Gen. No. 28,597.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Frank Caponigri, also known as F. Caponigri, appellant. Gen. No. 28,598.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. James Alfredo, appellant. Gen. No. 28,599.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the second division of this court for the first district. Affirmed. Opinion filed November 27, 1923.

Per Curiam.

---

**Universal Vending Service Company, appellee, v. Joe Endelli, appellant. Gen. No. 28,600.**

Consolidated with No. 28,578 ante. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding.